UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
PETER BELLI, )
)
Plaintiff, )
)
v. )
)
AMERICUS MORTGAGE )
CORPORATION, )
)
Defendant. )
)
)
UNITED STATES OF AMERICA, )
)
Plaintiff-Intervenor, )
)
v. )
)
AMERICUS MORTGAGE )
CORPORATION, *et al.*, )
)
Defendants. )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/12

Case No. 11-CV-5443-VM

## ORDER

This matter is before the Court on Defendants' Unopposed Motion to Transfer this Action to the Southern District of Texas. The Court, having considered the unopposed motion, the Government's consent to the transfer, and being fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter be transferred to the United States District Court for the Southern District of Texas and designated as a related action to the pending matter *Allied Home Mortgage Corp. v. Sec'y of HUD*, No. 11-CV-3864 (S.D. Tex.);

**IT IS FURTHER ORDERED** that upon transfer, the Clerk of the Court shall close this matter.

**SO ORDERED.** The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

**SO ORDERED.**

9-4-12
Date                Victor Marrero, U.S.D.J.