IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | CIVIL ACTION 4:12-CV-2676 |
| ) | |
| AMERICUS MORTGAGE ) | **ORAL ARGUMENT** |
| CORPORATION, *et al.*, ) | **REQUESTED** |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT ALLQUEST HOME MORTGAGE
CORPORATION'S MOTION TO DISMISS**

Defendant Allquest Home Mortgage Corporation, formerly known as Allied Home Mortgage Corporation (hereinafter "Allied Corporation" to facilitate comparison with the Amended Complaint) respectfully submits this Motion to Dismiss the government's Second Amended Complaint ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.  The Complaint alleges violations of the False Claims Act, 31 U.S.C. § 3729 *et seq.* (the "FCA") and the Financial Institutions Reform, Recovery and Enforcement Act, 12 U.S.C. § 1833a ("FIRREA"), but fails to state a viable claim under either statute.  Allied Corporation incorporates the arguments as more fully set forth in the Memorandum of Law filed herewith.

DATE:  November 20, 2012    Respectfully submitted,

**Munsch Hardt Kopf & Harr, P.C.**

By: _____/s/_____
Fred Wahrlich
Texas Bar No. 20666500
SD No. 248
700 Louisiana Street, Suite 4600
Houston, Texas 77002-2732
Tel:  (713) 222-1469
Fax: (713) 222-5869
fwahrlich@munsch.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANT** *AllQuest Home Mortgage Corporation*

**Of Counsel**

Mitchel H. Kider
David M. Souders
Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, N.W. 5th Floor
Washington, DC 20036
Tel:  (202) 628-2000
Fax:  (202) 628-2011
kider@wbsk.com
souders@wbsk.com
alexander@wbsk.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 20th day of November, 2012, a copy of the foregoing Motion to Dismiss was served upon all parties and counsel of record via the Court's CM/ECF system.

/s/
Bruce E. Alexander