IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | CIVIL ACTION 4:12-CV-2676 |
| ) | |
| AMERICUS MORTGAGE ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

**THIS MATTER** having come before the Court on Defendant Allquest Home Mortgage Corporation's Motion to Dismiss the government's Second Amended Complaint ("Complaint"), and upon review of all papers submitted by the parties in support thereof and in opposition thereto, and **FOR GOOD CAUSE SHOWN**

**IT IS**, on this ____ day of _____, 2012, **ORDERED** that Defendant Allquest Home Mortgage Corporation's Motion to Dismiss is **GRANTED**, and the government's Complaint is **DISMISSED WITH PREJUDICE**.

George C. Hanks, Jr., U.S. Magistrate Judge