IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Intervenor, ) | |
| ) | |
| v. ) | Case No. 4:12-CV-2676 |
| ) | |
| AMERICUS MORTGAGE ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PROPOSED ORDER

**THIS MATTER** having come before the Court on Defendants' Motion to Strike certain allegations from the government's Second Amended Complaint ("Complaint"), and upon review of all papers submitted by the parties in support thereof and in opposition thereto, and **FOR GOOD CAUSE SHOWN**

**IT IS**, on this ____ day of _____, 2012, **ORDERED** that the Motion to Strike is **GRANTED**.  Paragraphs 7, 11, 55 - 82, 105, 106, 108, and 109 are hereby stricken from the Complaint.

George C. Hanks, Jr., U.S. Magistrate Judge