# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff-Intervenor,<br><br>vs.<br><br>ALLQUEST HOME MORTGAGE CORPORATION, f/k/a ALLIED HOME MORTGAGE CORPORATION, AMERICUS MORTGAGE CORPORATION, f/k/a ALLIED HOME MORTGAGE CAPITAL CORPORTATION, JIM C. HODGE, and JEANNEE L. STELL,<br><br>          Defendants. | CIVIL ACTION NO. 12 Civ. 02676 |

## PROPOSED ORDER ON DEFENDANTS' MOTION TO STRIKE

Pending before the Court is the Defendants' Motion to Strike certain allegations from the United States of America's Second Amended Complaint ("Complaint"), and upon review of all papers submitted by the parties in support thereof and in opposition thereto, finds that the Motion should be denied.

It is therefore ORDERED that the Defendants' Motion to Strike is DENIED.

SIGNED this ___ day of _____, 2013.

                                                                     _____
                                                                     GEORGE C. HANKS, JR.
                                                               UNITED STATES MAGISTRATE JUDGE