**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff-Intervenor,<br><br>vs.<br><br>ALLQUEST HOME MORTGAGE CORPORATION, f/k/a ALLIED HOME MORTGAGE CORPORATION, AMERICUS MORTGAGE CORPORATION, f/k/a ALLIED HOME MORTGAGE CAPITAL CORPORTATION, JIM C. HODGE, and JEANNE L. STELL,<br><br>                 Defendants. | CIVIL ACTION NO. 12 Civ. 02676 |

**PROPOSED ORDER ON DEFENDANTS' MOTIONS TO DISMISS**

Pending before the Court is the Defendant Allquest Home Mortgage Corporation's Motion to Dismiss the Second Amended Complaint ("Complaint"), Defendant Americus Mortgage Corporation's Motion to Dismiss the Complaint, Defendant Jim C. Hodge's Motion to Dismiss the Complaint, and Defendant Jeanne L. Stell's Motion to Dismiss the Complaint (collectively, the "Defendants' Motions to Dismiss").   Upon review of all papers submitted by the parties in support thereof and in opposition thereto, I hold that the Motions to Dismiss should be denied.

It is therefore ORDERED that the Defendants' Motions to Dismiss are DENIED.

SIGNED this ___ day of _____, 2013.

                                                                                                                      GEORGE C. HANKS, JR.
                                                                      UNITED STATES MAGISTRATE JUDGE