UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:12-cv-02676 |
| | § § | |
| AMERICUS MORTGAGE CORPORATION, *et al.,* | § § § | |
| *Defendants.* | § | |

## ORDER

Pending before the Court is the Motion to Strike jointly filed by Defendants Americus Mortgage Corporation, Allquest Mortgage Corporation, Jim C. Hodge, and Jeanne L. Stell. [Dkt. 60]. Defendants seek to strike certain allegations from the Government's Second Amended Complaint. Upon review of the Second Amended Complaint, the parties' briefing, and oral argument, the Court finds that the Motion should be DENIED.

Accordingly, it is **ORDERED** that the Defendants' Motion to Strike is **DENIED**.

SIGNED at Houston, Texas on September __9__, 2013.

_____
George C. Hanks, Jr.
United States Magistrate Judge