United States District Court
Southern District of Texas
**ENTERED**
October 13, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-2676 |
| | § | |
| ALLIED HOME MORTGAGE CORP. | § | |
| *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court are Defendant's *Daubert* Motions to Exclude Expert Testimony Concerning "Reckless Underwriting" Theory of Damages (Dkt. 297); Government's Unregistered Branch False Loan False Certification Theory of Liability (Dkt. 298); False Annual Certifications (Dkt. 299); and Damages for the Alleged Violation of the False Claims Act (Dkt. 300). After considering the parties' pleadings and oral arguments, the Court hereby **ORDERS** that all of Defendants' *Daubert* motions (Dkts. 297-300) be **DENIED**.

SIGNED on October 12, 2016 at Galveston, Texas.

George C. Hanks, Jr.
United States District Judge